(September 10, 1980)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY

VANDERGOUW, Appellant.—Motion for permission to proceed as a poor person and for assignment of counsel denied on the ground that appellant has not satisfactorily demonstrated that he is financially unable to obtain counsel.